IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEE MADDEN, JR.**                                                                                           **PETITIONER**
ADC #136534

v.                       CASE NO.: 5:08CV00059-BD

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**                                                      **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus, with prejudice.

IT IS SO ORDERED this 11th day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE